**UNITED STATES of America,
Appellee,**

v.

**Mark Felix ENGLISH, Appellant.**

No. 03–1036.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 2, 2003.

Decided Sept. 5, 2003.

Lester Alan Paff, Shannon Leigh Olson, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

Mark Felix English, Waseca, MN, for Defendant–Appellant.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Mark English appeals the district court's[1] denial of his motion to reduce his criminal sentence. To the extent that English's motion was cognizable in this post-sentencing proceeding, and to the extent the district court's rulings are reviewable, we conclude that the district court's denial of relief was proper, and that the district court did not abuse its discretion in denying English's motion to reconsider. Accordingly, we affirm. *See* 8th Cir. R. 47B. The government's motions to dismiss the appeal as untimely, and to strike a portion of the record, are denied.

---

[*] The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.